| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern_____ District of Florida_____ |
| (State) |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding      12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

1. **Debtor's name**  Paper Mídia Ltda

2. **Debtor's unique identifier**
   
   **For non-individual debtors:**
   
   ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___
   
   ■ Other  03.598.527/0001-58 . Describe identifier  Brazilian Corporate Taxpayer Identification Number .
   
   **For individual debtors:**
   
   ☐ Social Security number: xxx – xx– ___ ___ ___ ___
   
   ☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ___ ___ ___ ___
   
   ☐ Other _____ . Describe identifier _____ .

3. **Name of foreign representative(s)**  Capital Administradora Judicial Limitada

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  Diplomata S/A Industrial e Comercial et al, No. 0024946-35.2012.8.16.0021 (First Civil Court of Cascavel – Judiciary Branch of the State of Paraná)

5. **Nature of the foreign proceeding**
   
   *Check one:*
   
   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ■ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**
   
   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
   
   ■ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
   
   ■ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   Brazilian Court's December 1, 2014 Decision on Transformation of Court-Supervised Reorganization into Bankruptcy

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**
   
   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   
   ■ Yes

Debtor __Paper Mídia Ltda_____      Case number (if known)_____
         Name

8. **Others entitled to notice**   Attach a list containing the names and addresses of:

   (i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   Federal Republic of Brazil

   **Debtor's registered office:**

   | 2401   | Rua Cassiano Jorge Fernandes, Jardim Pio XII |
   |--------|----------------------------------------------|
   | Number | Street |

   _____
   P.O. Box

   | Cascavel | Estado do Paraná | 85.802-240 |
   |----------|------------------|------------|
   | City | State/Province/Region | ZIP/Postal Code |

   Brazil
   Country

   **Individual debtor's habitual residence:**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   | 110    | Rua Silvia |
   |--------|------------|
   | Number | Street |

   _____
   P.O. Box

   | São Paulo | SP | 01331-010 |
   |-----------|----|-----------|
   | City | State/Province/Region | ZIP/Postal Code |

   Brazil
   Country

10. **Debtor's website** (URL)    N/A

11. **Type of debtor**

    Check one:

    ■ Non-individual (check one):

      ■ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

      ❏ Partnership

      ❏ Other. Specify: _____

    ❏ Individual

Official Form 401        Chapter 15 Petition for Recognition of a Foreign Proceeding        page 2

| Debtor | Paper Midia Ltda | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**12. Why is venue proper in *this* district?**

Check one.

- ☒ Debtor's principal place of business or principal assets in the United States are in this district.
- ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

- ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _/s/ Luis Claudio Montoro Mendes_

Signature of foreign representative

Printed name: Luis Claudio Montoro Mendes, Managing Partner, Capital Administradora Judicial Limitada

Executed on  04 / 13 / 2016
           MM / DD / YYYY

X _____

Signature of foreign representative

Printed name

Executed on _____
          MM / DD / YYYY

**14. Signature of attorney**

X _/s/ John D Couriel_      Date  04 / 13 / 2016
Signature of Attorney for foreign representative        MM / DD / YYYY

John Couriel
Printed name

Kobre & Kim LLP
Firm name

2          South Biscayne Boulevard, 35th Floor
Number    Street

Miami                                    FL          33131
City                                     State       ZIP Code

+1 305 967 6100                          john.couriel@kobrekim.com
Contact phone                            Email address

831271                                   Florida
Bar number                               State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3