UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:

PAPER MÍDIA LTDA

    Debtor in a Foreign Proceeding

Case No. 16-_____ (Chapter 15)

**CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO FED. R. BANKR. P. 1007(a)(4) AND 7007.1**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(4)(A) and 7007.1 and S.D. Fla. Local Rule of Bankruptcy Procedure 1002-1(A)(2), the undersigned counsel for Petitioner and duly authorized foreign representative of the Brazilian proceeding of the above-captioned debtor Capital Administradora Judicial Limitada certifies that:

    i.    Paper Mídia Ltda is an entity incorporated and organized under the laws of Brazil; and

    ii.    There are no entities to report under this subdivision.

Dated:    April 13, 2016

2

        Respectfully submitted,

        /s/ John D. Couriel
        KOBRE & KIM LLP
        John D. Couriel
        Fla. Bar No. 831271
        Stephanie Hauser
        Fla. Bar No. 92765
        2 South Biscayne 35th Floor
        Miami, Florida 33131
        Tel: +1 3059676115
        Fax: + 1 3059676120
        *Attorneys for Petitioner Capital*
        *Administradora Judicial Limitada*